## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:17-CR-0083** |
| | : | |
| v. | : | |
| | : | **(JUDGE KANE)** |
| **EDWARD LEE MCDOWELL III** | : | |
| **DEFENDANT** | : | **(ELECTRONICALLY FILED)** |

## ORDER

AND NOW, this _____ day of June, 2019, upon consideration of the unopposed Motion to Continue Sentencing filed by counsel for Edward Lee McDowell III, IT IS HEREBY ORDERED that the Motion is GRANTED.

Sentencing is now scheduled for _____, 2019 at _____ a.m./p.m. in Courtroom No. \_\_\_\_ of the Federal Building in Harrisburg, PA.

_____
Yvette Kane, U.S. District Judge
Middle District of Pennsylvania